IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK HUNT**  **PLAINTIFF**

v.   Case No. 4:22-cv-01285-KGB-JJV

**RODNEY WRIGHT,**
Sheriff, Saline County Jail; *et al*.  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 9). Plaintiff Mark Hunt has not filed any objections to the Recommended Disposition, and the time for filing objections has passed. After careful review, the Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id*.).

It is therefore ordered that:

1. Mr. Hunt's complaint is dismissed without prejudice (Dkt. No. 1).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this the 19th day of April, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge